UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:22-mj-1139-JBT

MARI ANN S. ALLEN

---

### EXONERATION OF CASH BAIL

The records in this case indicate that the conditions of the original appearance bond have been satisfied in accordance with Fed.R.Crim.P. 46(g) and that the bond should be exonerated.  Therefore, it is

**ORDERED** that:

(a)     The Clerk of the Court is directed to return the bond money deposited into the registry of the Court in the amount of **$1,000.00** plus any interest that may have accrued, to the individual listed below:

Name of Recipient:                     Douglas Pringle

Address of Recipient:                  1934 Wages Way
                                       Jacksonville, Florida 32218

(b)     If appropriate, the Clerk shall have issued an Internal Revenue Service Form 1099 to the Recipient.

**DONE** and **ORDERED** in Jacksonville, Florida on this 5th day of May, 2022.

JOEL B. TOOMEY
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Financial Section, Jacksonville
Recipient